Dismissed and Memorandum Opinion filed June 29, 2006








Dismissed
and Memorandum Opinion filed June 29, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-00472-CV

____________

 

CORPORATE EXPRESS OF TEXAS, INC.,
Appellant

 

V.

 

CAROLYN J. MOORE, Appellee

 



 

On Appeal from the 334th District
Court

Harris County, Texas

Trial Court Cause No. 99-27394

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 18, 2005.  On June 16, 2006, the parties
filed a joint motion to dismiss the appeal in order to effectuate a compromise
and settlement agreement.  See Tex.
R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed June
29, 2006.

Panel consists of Chief Justice Hedges and Justices Yates and Guzman.